Law Offices of
**MATHENY SEARS LINKERT & JAIME, LLP**
MATTHEW C. JAIME, ESQ. (SBN 140340)
ROBERT W. SWEETIN, ESQ. (SBN 297130)
3638 American River Drive
Sacramento, California  95864
Telephone:     (916) 978-3434
Facsimile:      (916) 978-3430

Attorneys for Plaintiff,
THE REPUBLIC OF KAZAKHSTAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REPUBLIC OF KAZAKHSTAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DOES 1 to 100, INCLUSIVE,<br><br>　　　　　Defendants. | Case No.<br><br>**PETITION FOR ASSIGNMENT OF CASE NUMBER** |

TO ALL INTERESTED PARTIES AND ATTORNEYS OF RECORD:

NOTICE IS GIVEN Plaintiff THE REPUBLIC OF KAZAKHSTAN hereby petitions the above-entitled Court for assignment of a case number.  Plaintiff THE REPUBLIC OF KAZAKHSTAN has a Complaint on file in the U.S. District Court for the Southern District of New York under case no. 1:15-cv-01900.  Now, a case number from the U.S. District Court for the Eastern District of California has become necessary so this Court may hear a motion to compel compliance with a subpoena directed to third-party Facebook, Inc. pursuant to Federal Rules of Civil Procedure, rule 45.  A copy of the subpoena is attached herewith as **Exhibit 1.**

Dated: December 10, 2015　　　　　　　　　　**MATHENY SEARS LINKERT & JAIME, LLP**

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Robert W. Sweetin*
　　　　　　　　　　　　　　　　　　　　　　　　ROBERT W. SWEETIN
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

1

*PETITION FOR ASSIGNMENT OF CASE NUMBER*

# EXHIBIT 1

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| The Republic of Kazakhstan | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  15-1900 (ER) |
| Does 1-100 Inclusive | ) | |
| | ) | |
| *Defendant* | ) | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Facebook, Inc., 1 Hacker Way, Menlo Park, California 94025

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:  See Schedule A.

| Place: Matheny Sears Linkert & Jamie LLP (Matthew Jaime)<br>3638 American River Drive<br>Sacramento, CA 95864-4711 | Date and Time:<br><br>12/02/2015 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  11/12/2015

*CLERK OF COURT*

OR  /s/ Jacques Semmelman

*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* The Republic of Kazakhstan , who issues or requests this subpoena, are:

Curtis, Mallet, Prevost, Colt & Mosle LLP, Jacques Semmelman, Esq., 101 Park Avenue, New York, NY 10178, jsemmelman@curtis.com, (212) 696-6000

### Notice to the person who issues or requests this subpoena

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed.  Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 15-1900 (ER)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
 (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
 (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
  (i) is a party or a party's officer; or
  (ii) is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
 (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
 (B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
 (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
 (B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
  (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
  (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
 (A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
  (i) fails to allow a reasonable time to comply;
  (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
  (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
  (iv) subjects a person to undue burden.
 (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
  (i) disclosing a trade secret or other confidential research, development, or commercial information; or
  (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
 (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
  (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
  (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
 (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
 (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
 (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
 (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
 (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
  (i) expressly make the claim; and
  (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
 (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## **SCHEDULE A**

## **DEFINITIONS**

1. The following document requests incorporate the definitions set forth in Local Civil Rule 26.3 of the United States District Court for the Southern District of New York.

2. **Initial Facebook Posts.** The term "Initial Facebook Posts" means the posts located at the following URLs:

https://www.facebook.com/notes/%D0%B8%D0%BD%D1%84%D0%BE%D1%80%D0%BC%D0%B0%D1%86%D0%B8%D0%BE%D0%BD%D0%BD%D1%8B%D0%B9-%D0%BF%D0%BE%D1%80%D1%82%D0%B0%D0%BB-%D1%80%D0%B5%D1%81%D0%BF%D1%83%D0%B1%D0%BB%D0%B8%D0%BA%D0%B0/%D0%BA%D0%B0%D0%BA-%D0%BB%D0%BE%D0%B1%D0%B1%D0%B8%D1%81%D1%82%D1%8B-%D0%B0%D0%BA%D0%BE%D1%80%D0%B4%D1%8B-%D1%80%D0%B0%D0%B1%D0%BE%D1%82%D0%B0%D1%8E%D1%82-%D0%BF%D0%BE-%D0%B4%D0%B5%D0%BB%D1%83-%D0%BF%D0%B0%D0%B2%D0%BB%D0%BE%D0%B2%D0%B0-%D0%B2-%D0%B8%D1%81%D0%BF%D0%B0%D0%BD%D0%B8%D0%B8/604773642956497

https://www.facebook.com/notes/%D0%B8%D0%BD%D1%84%D0%BE%D1%80%D0%BC%D0%B0%D1%86%D0%B8%D0%BE%D0%BD%D0%BD%D1%8B%D0%B9-%D0%BF%D0%BE%D1%80%D1%82%D0%B0%D0%BB-%D1%80%D0%B5%D1%81%D0%BF%D1%83%D0%B1%D0%BB%D0%B8%D0%BA%D0%B0/%D0%BA%D0%B0%D0%BA-%D0%B8%D1%81%D0%BF%D0%B0%D0%BD%D1%81%D0%BA%D0%B8%D0%B5-%D1%81%D1%83%D0%B4%D1%8C%D0%B8-%D1%80%D0%B0%D0%B1%D0%BE%D1%82%D0%B0%D1%8E%D1%82-%D0%BD%D0%B0-%D0%BA%D0%B0%D0%B7%D0%B0%D1%85%D1%81%D1%82%D0%B0%D0%BD/601833419917186.

3. **Subsequent Facebook Posts.** The term "Subsequent Facebook Posts" means the posts located at the following URLs:

https://www.facebook.com/notes/%D0%B8%D0%BD%D1%84%D0%BE%D1%80%D0%BC%D0%B0%D1%86%D0%B8%D0%BE%D0%BD%D0%BD%D1%8B%D0%B9-%D0%BF%D0%BE%D1%80%D1%82%D0%B0%D0%BB-%D1%80%D0%B5%D1%81%D0%BF%D1%83%D0%B1%D0%BB%D0%B8%D0%BA%D0%B0/%D0%B1%D1%82%D0%B0-%D1%81-%D0%BA%D0%B0%D0%B7%D0%BA%D0%BE%D0%BC%D0%BE%D0%BC-%D0%BD%D0%B5-%D1%81%D0%BB%D0%B8%D0%BB%D0%B8-%D0%B8%D0%B7-%D0%B7%D0%B0-%D0%B0%D0%B1%D0%BB%D1%8F%D0%B7%D0%BE%D0%B2%D0%B0/615414571892404

https://www.facebook.com/notes/%D0%B8%D0%BD%D1%84%D0%BE%D1%80%D0%BC%D0%B0%D1%86%D0%B8%D0%BE%D0%BD%D0%BD%D1%8B%D0%B9-%D0%BF%D0%BE%D1%80%D1%82%D0%B0%D0%BB-%D1%80%D0%B5%D1%81%D0%BF%D1%83%D0%B1%D0%BB%D0%B8%D0%BA%D0%B0/%D1%82%D0%B0%D0%BA%D0%B0%D0%B7%D0%BA%D0%BE%D0%BC-%D0%BF%D0%BE%D0%B4%D0%B2%D0%BE%D0%B4%D0%BD%D1%8B%D0%B5-%D0%BA%D0%B0%D0%BC%D0%BD%D0%B8-%D1%81%D0%BE%D0%B3%D0%BB%D0%B0%D1%88%D0%B5%D0%BD%D0%B8%D1%8F/618115808288947

https://www.facebook.com/notes/%D0%B8%D0%BD%D1%84%D0%BE%D1%80%D0%BC%D0%B0%D1%86%D0%B8%D0%BE%D0%BD%D0%BD%D1%8B%D0%B9-%D0%BF%D0%BE%D1%80%D1%82%D0%B0%D0%BB-%D1%80%D0%B5%D1%81%D0%BF%D1%83%D0%B1%D0%BB%D0%B8%D0%BA%D0%B0/%D1%84%D1%80%D0%B0%D0%BD%D1%86%D0%B8%D0%B8-%D0%BD%D0%B0-%D0%B7%D0%B0%D0%BC%D0%B5%D1%82%D0%BA%D1%83-%D0%BF%D1%80%D0%BE-%D1%82%D0%BE%D0%BD%D0%B8-%D0%B1%D0%BB%D1%8D%D1%80%D0%B0-%D0%BD%D0%B0%D0%B7%D0%B0%D1%80%D0%B1%D0%B0%D0%B5%D0%B2%D0%B0-%D0%B8-%D0%B6%D0%B0%D0%BD%D0%B0%D0%BE%D0%B7%D0%B5%D0%BD/619837411450120

https://www.facebook.com/notes/%D0%B8%D0%BD%D1%84%D0%BE%D1%80%D0%BC%D0%B0%D1%86%D0%B8%D0%BE%D0%BD%D0%BD%D1%8B%D0%B9-%D0%BF%D0%BE%D1%80%D1%82%D0%B0%D0%BB-%D1%80%D0%B5%D1%81%D0%BF%D1%83%D0%B1%D0%BB%D0%B8%D0%BA%D0%B0/%D1%87%D1%82%D0%BE-%D0%BC%D0%BE%D0%B6%D0%BD%D0%BE-%D1%8E%D0%BF%D0%B8%D1%82%D0%B5%D1%80%D1%83-%D0%B8%D0%BB%D0%B8-%D0%BA%D0%B0%D0%BA-%D1%80%D0%B5%D0%B3%D1%83%D0%BB%D1%8F%D1%82%D0%BE%D1%80-%D0%BA%D0%B0%D0%B7%D0%BA%D0%BE%D0%BC-%D0%BF%D0%BE%D0%BA%D1%80%D1%8B%D0%B2%D0%B0%D0%BB/620100211423840

https://www.facebook.com/notes/%D0%B8%D0%BD%D1%84%D0%BE%D1%80%D0%BC%D0%B0%D1%86%D0%B8%D0%BE%D0%BD%D0%BD%D1%8B%D0%B9-%D0%BF%D0%BE%D1%80%D1%82%D0%B0%D0%BB-%D1%80%D0%B5%D1%81%D0%BF%D1%83%D0%B1%D0%BB%D0%B8%D0%BA%D0%B0/%D0%B6%D0%B5%D0%BD%D0%B5%D0%B2%D1%81%D0%BA%D0%B0%D1%8F-%D0%B8%D1%81%D1%82%D0%BE%D1%80%D0%B8%D1%8F-%D0%B8%D0%BB%D0%B8-%D0%BA%D0%B0%D0%BA-%D0%B7%D0%B0%D1%80%D0%B0%D0%B1%D0%BE%D1%82%D0%B0%D1%82%D1%8C-%D0%BD%D0%B0-%D0%B2%D1%8B%D0%BD%D0%BE%D1%81%D0%B5-%D0%B4%D0%B2%D0%B5%D1%80%D0%B5%D0%B9/620562148044313

https://www.facebook.com/notes/%D0%B8%D0%BD%D1%84%D0%BE%D1%80%D0%BC%D0%B0%D1%86%D0%B8%D0%BE%D0%BD%D0%BD%D1%8B%D0%B9-%D0%BF%D0%BE%D1%80%D1%82%D0%B0%D0%BB-%D1%80%D0%B5%D1%81%D0%BF%D1%83%D0%B1%D0%BB%D0%B8%D0%BA%D0%B0/%D0%BA%D0%B0%D0%B7%D0%BA%D0%BE%D0%BC%D0%BC%D0%B5%D1%80%D1%86%D0%B1%D0%B0%D0%BD%D0%BA-%D0%B2-%D1%88%D0%B0%D0%B3%D0%B5-%D0%BE%D1%82-%D0%B1%D0%B0%D0%BD%D0%BA%D1%80%D0%BE%D1%82%D1%81%D1%82%D0%B2%D0%B0/620796971354164

https://www.facebook.com/notes/%D0%B8%D0%BD%D1%84%D0%BE%D1%80%D0%BC%D0%B0%D1%86%D0%B8%D0%BE%D0%BD%D0%BD%D1%8B%D0%B9-%D0%BF%D0%BE%D1%80%D1%82%D0%B0%D0%BB-%D1%80%D0%B5%D1%81%D0%BF%D1%83%D0%B1%D0%BB%D0%B8%D0%BA%D0%B0/%D0%BF%D0%B8%D1%81%D1%8C%D0%BC%D0%B0-%D0%BD%D0%B0%D0%BF%D0%BE%D0%BB%D0%B5%D0%BE%D0%BD%D0%B0-%D0%B1%D0%BE%D0%BD%D0%B0%D0%BF%D0%B0%D1%80%D1%82%D0%B0-%D0%B4%D0%BB%D1%8F-%D0%BA%D0%B0%D1%80%D0%B8%D0%BC%D0%B0-%D0%BC%D0%B0%D1%81%D0%B8%D0%BC%D0%BE%D0%B2%D0%B0/620849624682232

https://www.facebook.com/notes/%D0%B8%D0%BD%D1%84%D0%BE%D1%80%D0%BC%D0%B0%D1%86%D0%B8%D0%BE%D0%BD%D0%BD%D1%8B%D0%B9-%D0%BF%D0%BE%D1%80%D1%82%D0%B0%D0%BB-%D1%80%D0%B5%D1%81%D0%BF%D1%83%D0%B1%D0%BB%D0%B8%D0%BA%D0%B0/%D0%B2-%D0%B8%D1%81%D1%82%D0%BE%D1%80%D0%B8%D0%B8-%D1%811-

%D0%BA%D0%B0%D0%B7%D0%BA%D0%BE%D0%BC%D0%BE%D0%BC-
%D0%BF%D0%BE%D1%81%D1%82%D0%B0%D0%B2%D0%BB%D0%B5%D0%BD%D0%B0-
%D0%B6%D0%B8%D1%80%D0%BD%D0%B0%D1%8F-
%D1%82%D0%BE%D1%87%D0%BA%D0%B0/622852144481980

https://www.facebook.com/notes/%D0%B8%D0%BD%D1%84%D0%BE%D1%80%D0%BC%D0%B0%D1%86%D0%B8%D0%BE%D0%BD%D0%BD%D1%8B%D0%B9-
%D0%BF%D0%BE%D1%80%D1%82%D0%B0%D0%BB-
%D1%80%D0%B5%D1%81%D0%BF%D1%83%D0%B1%D0%BB%D0%B8%D0%BA%D0%B0/%D1%81%D0%B0%D0%B3%D0%B0-%D0%BE-%D0%BA%D0%B0%D1%80%D0%B8%D0%BC%D0%B5-%D0%BC%D0%B0%D1%81%D0%B8%D0%BC%D0%BE%D0%B2%D0%B5-%D0%BD%D0%B0-%D0%B7%D0%B4%D0%BE%D1%80%D0%BE%D0%B2%D1%8C%D0%B5-%D0%B4%D0%B5%D0%BD%D0%B5%D0%B3-%D0%BD%D0%B5-%D0%B6%D0%B0%D0%BB%D0%BA%D0%BE/623928584374336

https://www.facebook.com/notes/%D0%B8%D0%BD%D1%84%D0%BE%D1%80%D0%BC%D0%B0%D1%86%D0%B8%D0%BE%D0%BD%D0%BD%D1%8B%D0%B9-
%D0%BF%D0%BE%D1%80%D1%82%D0%B0%D0%BB-
%D1%80%D0%B5%D1%81%D0%BF%D1%83%D0%B1%D0%BB%D0%B8%D0%BA%D0%B0/%D1%81%D0%B0%D0%B3%D0%B0-%D0%BE-
%D0%BC%D0%B0%D1%81%D0%B8%D0%BC%D0%BE%D0%B2%D0%B5-
%D0%BE%D0%B1%D1%83%D0%B2%D0%BA%D0%B0-%D0%B4%D0%BB%D1%8F-
%D0%B0%D0%B2%D1%82%D0%BE-%D0%B7%D0%B0-35-%D1%82%D1%8B%D1%81%D1%8F%D1%87-
%D0%B5%D0%B2%D1%80%D0%BE/625637100870151

https://www.facebook.com/notes/%D0%B8%D0%BD%D1%84%D0%BE%D1%80%D0%BC%D0%B0%D1%86%D0%B8%D0%BE%D0%BD%D0%BD%D1%8B%D0%B9-
%D0%BF%D0%BE%D1%80%D1%82%D0%B0%D0%BB-
%D1%80%D0%B5%D1%81%D0%BF%D1%83%D0%B1%D0%BB%D0%B8%D0%BA%D0%B0/%D1%87%D0%B5%D0%B3%D0%BE-%D0%B1%D0%BE%D1%8F%D1%82%D1%81%D1%8C-
%D1%8E%D1%80%D0%B8%D1%81%D1%82%D1%8B-
%D0%B0%D0%BA%D0%BE%D1%80%D0%B4%D1%8B-%D0%B2-2013-
%D0%B3%D0%BE%D0%B4%D1%83/625654647535063

https://www.facebook.com/notes/%D0%B8%D0%BD%D1%84%D0%BE%D1%80%D0%BC%D0%B0%D1%86%D0%B8%D0%BE%D0%BD%D0%BD%D1%8B%D0%B9-
%D0%BF%D0%BE%D1%80%D1%82%D0%B0%D0%BB-
%D1%80%D0%B5%D1%81%D0%BF%D1%83%D0%B1%D0%BB%D0%B8%D0%BA%D0%B0/%D0%BA%D0%B0%D0%BA-%D0%B2-%D0%BA%D0%BD%D0%B1-
%D0%B3%D0%BE%D1%82%D0%BE%D0%B2%D0%B8%D0%BB%D0%B8-%D0%B4%D0%BB%D1%8F-
%D0%B2%D0%B5%D0%BD%D1%8B-
%D1%81%D0%B2%D0%B8%D0%B4%D0%B5%D1%82%D0%B5%D0%BB%D0%B5%D0%B9/626029060830955

https://www.facebook.com/notes/%D0%B8%D0%BD%D1%84%D0%BE%D1%80%D0%BC%D0%B0%D1%86%D0%B8%D0%BE%D0%BD%D0%BD%D1%8B%D0%B9-
%D0%BF%D0%BE%D1%80%D1%82%D0%B0%D0%BB-
%D1%80%D0%B5%D1%81%D0%BF%D1%83%D0%B1%D0%BB%D0%B8%D0%BA%D0%B0/%D0%BA%D0%B0%D1%82%D0%BE-%D0%BE%D1%82%D0%B2%D0%B5%D1%82%D0%B8%D1%82-%D0%B7%D0%B0-
%D0%BA%D0%B0%D0%B7%D0%BA%D0%BE%D0%BC%D0%B5%D1%80%D1%86%D0%B1%D0%B0%D0%BD%D0%BA/626288534138341

https://www.facebook.com/notes/%D0%B8%D0%BD%D1%84%D0%BE%D1%80%D0%BC%D0%B0%D1%86%D0%B8%D0%BE%D0%BD%D0%BD%D1%8B%D0%B9-
%D0%BF%D0%BE%D1%80%D1%82%D0%B0%D0%BB-
%D1%80%D0%B5%D1%81%D0%BF%D1%83%D0%B1%D0%BB%D0%B8%D0%BA%D0%B0/%D1%81%D0%B0

%B0%D0%B3%D0%B0-%D0%BE-
%D0%BC%D0%B0%D1%81%D0%B8%D0%BC%D0%BE%D0%B2%D0%B5-
%D0%BF%D0%B5%D1%80%D0%B2%D1%8B%D0%B9-%D0%BA%D0%BB%D0%B0%D1%81%D1%81-
%D0%B4%D0%BB%D1%8F-%D0%B2%D1%81%D0%B5%D0%B9-
%D1%81%D0%B5%D0%BC%D1%8C%D0%B8/626735424093652

https://www.facebook.com/notes/%D0%B8%D0%BD%D1%84%D0%BE%D1%80%D0%BC%D0%B0%D1%86%D0%B8%D0%BE%D0%BD%D0%BD%D1%8B%D0%B9-
%D0%BF%D0%BE%D1%80%D1%82%D0%B0%D0%BB-
%D1%80%D0%B5%D1%81%D0%BF%D1%83%D0%B1%D0%BB%D0%B8%D0%BA%D0%B0/%D1%81%D0%B0%D0%B3%D0%B0-%D0%BE-
%D0%BC%D0%B0%D1%81%D0%B8%D0%BC%D0%BE%D0%B2%D0%B5-200-000-%D0%B7%D0%B0-
%D0%BF%D1%80%D0%BE%D0%B3%D0%BD%D0%BE%D0%B7%D1%8B-
%D0%BF%D0%B0%D0%B2%D0%BB%D0%B0-
%D0%B3%D0%BB%D0%BE%D0%B1%D1%8B/628016007298927

https://www.facebook.com/notes/%D0%B8%D0%BD%D1%84%D0%BE%D1%80%D0%BC%D0%B0%D1%86%D0%B8%D0%BE%D0%BD%D0%BD%D1%8B%D0%B9-
%D0%BF%D0%BE%D1%80%D1%82%D0%B0%D0%BB-
%D1%80%D0%B5%D1%81%D0%BF%D1%83%D0%B1%D0%BB%D0%B8%D0%BA%D0%B0/%D0%BF%D0%BE-%D0%BF%D0%BE%D0%B2%D0%BE%D0%B4%D1%83-
%D1%80%D0%B5%D0%B0%D0%BB%D1%8C%D0%BD%D1%8B%D1%85-
%D0%BF%D0%BE%D1%82%D0%B5%D1%80%D1%8C-
%D0%B5%D0%BD%D0%BF%D1%84/628436840590177

https://www.facebook.com/notes/%D0%B8%D0%BD%D1%84%D0%BE%D1%80%D0%BC%D0%B0%D1%86%D0%B8%D0%BE%D0%BD%D0%BD%D1%8B%D0%B9-
%D0%BF%D0%BE%D1%80%D1%82%D0%B0%D0%BB-
%D1%80%D0%B5%D1%81%D0%BF%D1%83%D0%B1%D0%BB%D0%B8%D0%BA%D0%B0/%D0%B1%D0%B8%D1%82%D0%B2%D0%B0-
%D1%88%D0%B0%D0%BA%D0%B0%D0%BB%D0%BE%D0%B2/628745693892625

https://www.facebook.com/notes/%D0%B8%D0%BD%D1%84%D0%BE%D1%80%D0%BC%D0%B0%D1%86%D0%B8%D0%BE%D0%BD%D0%BD%D1%8B%D0%B9-
%D0%BF%D0%BE%D1%80%D1%82%D0%B0%D0%BB-
%D1%80%D0%B5%D1%81%D0%BF%D1%83%D0%B1%D0%BB%D0%B8%D0%BA%D0%B0/%D1%81%D0%B0%D0%B3%D0%B0-%D0%BE-
%D0%BC%D0%B0%D1%81%D0%B8%D0%BC%D0%BE%D0%B2%D0%B5-
%D0%BF%D0%BE%D1%87%D0%B5%D0%BC-
%D1%81%D0%BE%D0%B1%D0%B0%D1%87%D0%BA%D0%B0-%D0%B4%D0%BB%D1%8F-
%D0%BF%D1%80%D0%B5%D0%BC%D1%8C%D0%B5%D1%80%D0%B0/630656183701576

https://www.facebook.com/respublika.kaz.info#!/respublika.kaz.info/photos/a.386352614798602.1073741830.253711651396033/631076650326196/?type=1&theater

https://www.facebook.com/respublika.kaz.info/posts/631400963627098

https://www.facebook.com/notes/%D0%B8%D0%BD%D1%84%D0%BE%D1%80%D0%BC%D0%B0%D1%86%D0%B8%D0%BE%D0%BD%D0%BD%D1%8B%D0%B9-
%D0%BF%D0%BE%D1%80%D1%82%D0%B0%D0%BB-
%D1%80%D0%B5%D1%81%D0%BF%D1%83%D0%B1%D0%BB%D0%B8%D0%BA%D0%B0/%D0%BF%D0%BE%D1%87%D0%B5%D0%BC%D1%83-
%D0%BF%D1%80%D0%BE%D0%B2%D0%B0%D0%BB%D0%B8%D0%BB%D0%B0%D1%81%D1%8C-
%D0%BB%D0%B5%D0%B3%D0%B0%D0%BB%D0%B8%D0%B7%D0%B0%D1%86%D0%B8%D1%8F/632892483477946

https://www.facebook.com/notes/%D0%B8%D0%BD%D1%84%D0%BE%D1%80%D0%BC%D0%B0%D1%86%D0%B8%D0%BE%D0%BD%D0%BD%D1%8B%D0%B9-%D0%BF%D0%BE%D1%80%D1%82%D0%B0%D0%BB-%D1%80%D0%B5%D1%81%D0%BF%D1%83%D0%B1%D0%BB%D0%B8%D0%BA%D0%B0/%D1%81%D0%B0%D0%B3%D0%B0-%D0%BE-%D0%BC%D0%B0%D1%81%D0%B8%D0%BC%D0%BE%D0%B2%D0%B5-%D1%81%D0%B5%D0%BC%D0%B5%D0%B9%D0%BD%D1%8B%D0%B9-%D0%B2%D0%B8%D0%B7%D0%B8%D1%82-%D0%B2-%D0%BF%D0%B0%D1%80%D0%B8%D0%B6/632896320144229

https://www.facebook.com/notes/%D0%B8%D0%BD%D1%84%D0%BE%D1%80%D0%BC%D0%B0%D1%86%D0%B8%D0%BE%D0%BD%D0%BD%D1%8B%D0%B9-%D0%BF%D0%BE%D1%80%D1%82%D0%B0%D0%BB-%D1%80%D0%B5%D1%81%D0%BF%D1%83%D0%B1%D0%BB%D0%B8%D0%BA%D0%B0/%D0%BA%D1%82%D0%BE-%D0%BF%D0%BE%D0%BB%D1%83%D1%87%D0%B0%D0%BB-%D0%BE%D1%82%D0%BA%D0%B0%D1%82%D1%8B-%D0%BE%D1%82-hogan-lovells/633192730114588

https://www.facebook.com/notes/%D0%B8%D0%BD%D1%84%D0%BE%D1%80%D0%BC%D0%B0%D1%86%D0%B8%D0%BE%D0%BD%D0%BD%D1%8B%D0%B9-%D0%BF%D0%BE%D1%80%D1%82%D0%B0%D0%BB-%D1%80%D0%B5%D1%81%D0%BF%D1%83%D0%B1%D0%BB%D0%B8%D0%BA%D0%B0/%D0%BA%D0%B0-%D0%BA%D0%BE%D0%BC%D1%83-%D0%BF%D0%B5%D1%80%D0%B5%D1%88%D0%B5%D0%BB-%D0%BA%D0%BE%D0%BD%D1%82%D1%80%D0%BE%D0%BB%D1%8C-%D0%BD%D0%B0%D0%B4-%D0%BA%D0%B0%D0%B7%D0%BA%D0%BE%D0%BC%D0%BE%D0%BC-%D0%B8%D0%BB%D0%B8-%D1%87%D0%B5%D0%B9-%D1%87%D0%B5%D0%BB%D0%BB%D0%BE%D0%B2%D0%B5%D0%BA-%D0%BA%D0%B5%D0%BD%D0%B5%D0%B5-%D1%80%D0%B0%D0%BA%D0%B8%D1%88%D0%B5%D0%B2/633193660114495

https://www.facebook.com/mur.ketebayev/posts/791908477552160?pnref=story#!/mur.ketebayev/posts/791908477552160?pnref=story

https://www.facebook.com/notes/805176379558703/?pnref=story

https://www.facebook.com/mur.ketebayev/posts/808676425875365?pnref=story#!/mur.ketebayev/posts/808676425875365?pnref=story

https://www.facebook.com/mur.ketebayev/posts/801024976640510

4. **Facebook Profiles.** The term "Facebook Profiles" means the pages located at the following URLs:

https://www.facebook.com/respublika.kaz.info

https://www.facebook.com/mur.ketebayev

5. **Relevant Period.** The term "Relevant Period" means the time period from March 13, 2015 to the present.

## DOCUMENTS REQUESTED

1. Documents sufficient to show (during the Relevant Period) the following account registration information: the names, email addresses, IP addresses, and MAC Addresses of the registrants and the administrators of the Facebook accounts for the Facebook Profiles.

2. Documents sufficient to show (during the Relevant Period) the following account registration information: the names, email addresses, IP addresses, and MAC Addresses of the users of the Facebook accounts who removed the Initial Facebook Posts.

3. Documents sufficient to show (during the Relevant Period) the following account registration information: the names, email addresses, IP addresses, and MAC Addresses of the registrants and the administrators of the Facebook accounts that created the Subsequent Facebook Posts.