1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   REPUBLIC OF KAZAKHSTAN,                     No.  2:15-mc-0159-TLN-KJN

12               Movant,

13        v.                                     ORDER

14   FACEBOOK, INC.,

15               Third-Party Respondent.

16

17

18        The Republic of Kazakhstan is the plaintiff in an action currently pending in the United

19   States District Court for the Southern District of New York, Case Number 1:15-cv-1900.  On

20   December 10, 2015, the Republic of Kazakhstan commenced the instant miscellaneous action in

21   this court, and filed a motion to compel compliance with a subpoena to produce documents

22   directed to third party Facebook, Inc.  (ECF No. 1.)  The motion has not yet been noticed for a

23   hearing.

24        As an initial matter, the court has some concerns that the subpoena may exceed the

25   geographical limits of Federal Rule of Civil Procedure 45, which provides, in part, that: "[a]

26   subpoena may command…production of documents, electronically stored information, or

27   tangible things at a place within 100 miles of where the person resides, is employed, or regularly

28   transacts business in person…."  Fed. R. Civ. P. 45(c)(2)(A).  In this case, the subpoena directs

third party Facebook, Inc., which is located at 1 Hacker Way, Menlo Park, California to produce the documents at the offices of Matheny Sears Linkert & Jamie LLP, which is located at 3638 American River Drive, Sacramento, California.  According to a Mapquest search, the distance between these locations exceeds 100 miles.  Although the court expresses no final opinion regarding the matter at this juncture, the Republic of Kazakhstan shall address the court's concerns regarding the issue of geographical limits in its briefing in support of the motion, if it elects to continue to pursue enforcement of the subpoena.

Within fourteen (14) days, the Republic of Kazakhstan shall make good faith efforts to meet and confer with Facebook, Inc. regarding the subpoena.  In the event that the parties are unable to informally resolve the matter, and if the Republic of Kazakhstan concludes that the subpoena was properly issued, it shall notice its motion for a hearing before the undersigned in accordance with Local Rule 251.  The Republic of Kazakhstan shall serve a copy of this order on Facebook, Inc. along with its motion.  Alternatively, the Republic of Kazakhstan shall file a notice of withdrawal of the motion to compel compliance with the subpoena.

Accordingly, IT IS HEREBY ORDERED that:

1.  Within fourteen (14) days of this order, the Republic of Kazakhstan shall meet and confer with third party Facebook, Inc. and either: (a) notice its motion to compel compliance with the subpoena for a hearing before the undersigned pursuant to Local Rule 251, or (b) file a notice of withdrawal of that motion.

2.  Failure to timely comply with this order will result in an order summarily denying the pending motion without prejudice.

IT IS SO ORDERED.

Dated:  12/15/15

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2