Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
MATTHEW C. JAIME, ESQ. (SBN 140340)
ROBERT W. SWEETIN, ESQ. (SBN 297130)
3638 American River Drive
Sacramento, California  95864
Telephone:   (916) 978-3434
Facsimile:   (916) 978-3430

**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**
JACQUES SEMMELMAN, ESQ.
MICHAEL MOSCATO, ESQ.
(*Pro Hac Vice admission pending*)
101 Park Avenue
New York, New York  10178
Telephone:   (212) 696-6000
Facsimile:   (212) 696-1559

Attorneys for Plaintiff,
THE REPUBLIC OF KAZAKHSTAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REPUBLIC OF KAZAKHSTAN,<br><br>             Plaintiff,<br><br>     v.<br><br>DOES 1 to 100, INCLUSIVE,<br><br>             Defendants. | Case No. 2:154-mc-00159-TLN-KJN<br><br>**PLAINTIFF'S NOTICE AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENA FOR PRODUCTION OF RECORDS**<br><br>**[Fed. R. Civ. P. 45]**<br><br>**Date:** February 11, 2016<br>**Time:** 10:00 a.m.<br>**Courtroom:** 25, 8th Floor<br>**Judge:** Hon. Troy L. Nunley<br>**Magistrate Judge:** Hon. Kendall J. Newman<br><br>**Trial Date:** Not Set<br>**Complaint Filed**: March 12, 2015 |

**TO FACEBOOK, INC., AND TO ALL PARTIES AND NON-PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 11, 2016, or as soon thereafter as the matter may be heard as the matter may be heard in Courtroom 25, 8th Floor, located at the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California 95814, Plaintiff The Republic of Kazakhstan, will move, and hereby does move, for an Order compelling non-party Facebook, Inc. ("Facebook"), to comply with the duly and properly served subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure.

Plaintiff the Republic of Kazakhstan ("Plaintiff") brings this Motion to Compel Compliance on the following grounds. This Motion is brought in aid of a case pending in the United States District Court for the Southern District of New York styled *The Republic of Kazakhstan v. Does 1-100 Inclusive*, No. 1:15-cv-1900 (S.D.N.Y. 2015) (the "Main Action"). The Main Action is based on the hacking of Plaintiff's computers and of the accounts of Plaintiff's officials. Materials stolen in the hackings have appeared on the Facebook pages of an entity, Respublika, and an individual, Muratbek Ketebaev. The District Court in the Main Action has ordered the depositions of Respublika and Ketebaev to determine, inter alia, their involvement in the hackings and how they obtained the stolen materials. The subpoena this Motion seeks to enforce is directed to Facebook, and seeks account information and IP address information pertaining to accounts and computers used to post stolen materials on the Facebook pages of Respublika and Ketebaev. The discovery sought is highly relevant to Plaintiff's claims, and proportional to the needs of the Main Action.

The Motion to Compel Compliance will be based upon this Notice of Motion; the Memorandum of Points and Authorities in Support of the Motion to Compel Compliance; the Declaration of Jacques Semmelman in Support of the Motion to Compel Compliance; the Request for Judicial Notice in Support of the Motion to Compel Compliance; the Notice of Lodgment of Unreported Authority in Support of the Motion to Compel Compliance; and on all of the pleadings and papers on file in this matter with the Court and on such other and further oral or documentary evidence as may be submitted at the hearing on the matter.

Pursuant to the Eastern District of California's Local Rule 251, Plaintiff the Republic of

Kazakhstan and the subpoenaed party Facebook, along with non-party objector Respublika (collectively, the "Parties"), have engaged in substantial meet and confers on issues brought forth by this Motion. As such, pursuant to the Local Rules, the Motion to Compel Compliance will also be based upon the Joint Statement of the Parties, the Declaration of Jacques Semmelman in Support of the Joint Statement, the Request for Judicial Notice in Support of the Joint Statement, and on all of the pleadings and papers on file in this matter with the Court and in the Main Action and on such other and further oral or documentary evidence as may be submitted at the hearing on the matter.

Dated: December 15, 2015

**MATHENY SEARS LINKERT & JAIME, LLP**

By: /s/ Matthew C. Jaime
MATTHEW C. JAIME, ESQ.,
Attorneys for Plaintiff

Dated: December 15, 2015

**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**

By: /s/ Jacques Semmelman
JACQUES SEMMELMAN, ESQ.,
Attorneys for Plaintiff
(*Pro Hac Vice admission pending*)

*PLAINTIFF'S NOTICE AND MOTION
TO COMPEL COMPLIANCE WITH SUBPOENA FOR PRODUCTION OF RECORDS*