Law Offices of
**MATHENY SEARS LINKERT & JAIME, LLP**
MATTHEW C. JAIME, ESQ. (SBN 140340)
ROBERT W. SWEETIN, ESQ. (SBN 297130)
3638 American River Drive
Sacramento, California  95864
Telephone:    (916) 978-3434
Facsimile:    (916) 978-3430

**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**
JACQUES SEMMELMAN, ESQ.,
MICHAEL MOSCATO, ESQ.
(*Pro Hac Vice admission pending*)
101 Park Avenue
New York, NY  10178-0061
212-696-6000

Attorneys for Plaintiff,
THE REPUBLIC OF KAZAKHSTAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REPUBLIC OF KAZAKHSTAN, | Case No. 2:154-mc-00159-TLN-KJN |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| DOES 1 to 100, INCLUSIVE, | |
| Defendants. | |

**The Republic of Kazakhstan v. Does 1 – 100, et al.**
**United States District Court – Eastern District Case No. 2:15-mc-00159-TLN-KJN**

### PROOF OF SERVICE

I am a citizen of the United States and employed in Sacramento County. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3638 American River Drive, Sacramento, CA 95864.  On this date, I served:

- **Notice of Motion and Motion to Compel;**
- **Memorandum of Points and Authorities in support thereof;**
- **Request for Judicial Notice;**
- **Declaration of Jacques Semmelman; and**
- **Notice of Lodgment.**

[X ]   **BY MAIL.**  By placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States Post Office mail box at Sacramento, California, addressed as set forth below. I am readily familiar with my firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date of postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[  ]   **BY PERSONAL SERVICE.**  I caused such document(s) to be personally hand delivered on this same date to the person(s) as set forth below.

[  ]   **BY FACSIMILE TRANSMISSION.**  I transmitted such document(s) by facsimile machine to the facsimile number for the person(s) as set forth below.

*PLEASE SEE ATTACHED SERVICE LIST*

I declare under penalty of perjury, according to the laws of the State of California, that the foregoing is true and correct.

Executed this 15th day of December, 2015, at Sacramento, California.

*/s/ Ashley Moore*
Ashley Moore

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME, LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

1

## SERVICE LIST

2

### The Republic of Kazakhstan v. Does 1-100

3

| PERKINS COIE, LLP<br>RYAN MRAZIK, ESQ.<br>AMANDA L. ANDRADE, ESQ.<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000 | Counsel for Third Party, Facebook, Inc. |
| --- | --- |
| ELECTRONIC FRONTIER FOUNDATION<br>DAVID A. GREENE, ESQ.<br>815 Eddy Street<br>San Francisco, CA 94109<br>Telephone: (415) 436-9333<br>Facsimile: (415) 436-9993 | Counsel for Non-Party, Respublika |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME, LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

3