Law Offices of
**MATHENY SEARS LINKERT & JAIME, LLP**
MATTHEW C. JAIME, ESQ. (SBN 140340)
ROBERT W. SWEETIN, ESQ. (SBN 297130)
3638 American River Drive
Sacramento, California 95864
Telephone:   (916) 978-3434
Facsimile:   (916) 978-3430

**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**
JACQUES SEMMELMAN, ESQ.
MICHAEL MOSCATO, ESQ.
(Appearing *Pro Hac Vice*)
101 Park Avenue
New York, New York 10178-0061
Telephone:   (212) 696-6000
Facsimile:   (212) 697-1559

Attorneys for Plaintiff,
THE REPUBLIC OF KAZAKHSTAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REPUBLIC OF KAZAKHSTAN,<br><br>Plaintiff,<br><br>v.<br><br>DOES 1 to 100, INCLUSIVE,<br><br>Defendants. | Case No. 2:15-mc-00159-TLN-KJN<br><br>**EX PARTE APPLICATION FOR ORDER SHORTENING TIME**<br><br>**[E.D. Cal. R. 144]**<br><br>**Date:** January 7, 2016<br>**Time:** 10:00 a.m.<br>**Courtroom:** 25, 8th Floor<br>**Judge:** Hon. Troy L. Nunley<br>**Magistrate Judge:** Hon. Kendall J. Newman<br><br>**Trial Date:** Not Set<br>**Complaint Filed**: March 12, 2015 |

**PLEASE TAKE NOTICE** that pursuant to the U.S. District Court for the Eastern District of California Local Rules, Rule 144, plaintiff THE REPUBLIC OF KAZAKHSTAN, respectfully applies for an Order shortening time in which to hear a motion before this Court. The unopposed motion to be heard on shortened time will seek an Order permitting extended E.D. Cal. R. 251(c)(3) memoranda of points and authorities regarding the discovery dispute

which is currently set for hearing on March 3, 2016, at 10:00 a.m. before the Hon. Judge Kendall J. Newman. Plaintiff brings this application as soon as practicable. An Order shortening time is necessary so the interested parties may implement the briefing schedule agreed to during meet and confer efforts in advance of the Court's minute order requiring the Joint Statement be filed by February 18, 2016. Plaintiff requests an Order shortening time to confirm the Court is in accord with the agreement of the parties with respect to the briefing of the Motion to Compel.

Counsel met and conferred on this ex parte application, and there is no opposition. Counsel for plaintiff notified counsel for third parties Facebook and Respublika of the filing of the Motion for an Order Permitting Extended Rule 251(c)(3) Memoranda of Points and Authorities on December 17, 2015. Counsel for plaintiff notified counsel for Facebook and Respublika of this ex parte application for an Order shortening time on December 24, 2015. Counsel for Facebook and Respublika do not oppose this ex parte application for an Order shortening time, or the Motion for an Order Permitting Extended Rule 251(c)(3) Memoranda. Accordingly, only counsel for plaintiff will appear.

This application is based upon the Declaration of Matthew C. Jaime filed concurrently herewith, all papers, pleadings, and records in this action, and any further evidence as the Court may accept on hearing this application and its accompanying motion.

Dated: December 28, 2015               **MATHENY SEARS LINKERT & JAIME, LLP**


                                       By: */s/ Matthew C. Jaime*
                                           MATTHEW C. JAIME
                                           Attorneys for Plaintiff

Dated: December 28, 2015               **CURTIS, MALLET-PREVOST, COLT**
                                       **& MOSLE LLP**


                                       By: */s/ Jacques Semmelman*
                                           JACQUES SEMMELMAN, ESQ.
                                           Attorneys for Plaintiff
                                           (Appearing *Pro Hac Vice*)

## DECLARATION OF MATTHEW C. JAIME

I, Matthew C. Jaime, declare as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and am admitted to practice in Federal Court in the Eastern District of California. I am a partner at the Law Offices of Matheny Sears Linkert & Jaime, LLP, attorneys of record for Plaintiff the Republic of Kazakhstan, in the above entitled action. I am familiar with the pleadings and records in this case, and the following facts are true of my own personal knowledge.

2. I have been retained to serve as local counsel for Plaintiff the Republic of Kazakhstan. The matter before this Court is a proceeding to compel compliance with a properly served subpoena for records on Facebook, Inc. ("Facebook") (the Motion to Compel). The Motion to Compel is an ancillary matter to an action filed in the U.S. District Court for the Southern District of New York, *The Republic of Kazakhstan v. Does 1-100 Inclusive, No. 15 Civ. 1900* (S.D.N.Y. 2015) (the "Main Action"). The Main Action stems from the illegal hacking of the Republic of Kazakhstan's computer system and subsequent dissemination of sensitive official records on the internet.

3. As local counsel, my office and I have worked with plaintiff's counsel of record in the Main Action. As part of our duties, we have advised counsel as to the Eastern District's Local Rules and specifically regarding Local Rule 251. We have explained in detail the Court's intent and the requirements of Local Rule 251. It is my belief that the intent and the requirements of Local Rule 251 have been adhered to in good faith by all interested parties. It is also my belief that the request for extended Local Rule 251(c)(3) memoranda is in no way a circumvention of the local rules, but is out of respect for and adherence to the Local Rules.

4. The issues presented in this ancillary action are complex. Plaintiff, non-party Facebook, and non-party Respublika (together, the "Interested Parties"; each one an "Interested Party") raise issues relating, inter alia, to the First Amendment, the law of journalistic privilege, the law of privacy, and the law of internet anonymity. The Interested Parties have been engaged in meet and confer efforts for several months and are in the process of preparing a Joint Statement

1

that details these meet and confer efforts and further outlines the contentions of each Interested Party as required by Local Rule 251.

5. Given the significance of the legal issues brought forth by the Motion to Compel and the complexity of the issues involved, the Interested Parties met and conferred on a briefing schedule which all submit is appropriate based on the complexity of issues raised by the Motion to Compel. That agreed-upon briefing schedule provided for Plaintiff to file its Motion to Compel and supporting memorandum of points and authorities on December 15, 2015 (which it did), and further provides for opposition briefs to the Motion to Compel being filed on January 15, 2016, and Plaintiff's reply brief being filed on January 25, 2016.

6. Now, plaintiff respectfully requests this Court allow extended memoranda of law be filed with this Court in accordance with the briefing schedule agreed to during the meet and confer process. Extended memoranda will allow fully articulated contentions on the complex and significant issues raised by the Motion to Compel in a manner that will not overburden the Court or its staff.

7. An Order shortening time is necessary so the Interested Parties may implement the briefing schedule agreed to during meet and confer efforts.

8. Counsel for plaintiff informed Facebook and Respublika of the Motion Permitting Extended Rule 251(c)(3) Memoranda on December 17, 2015. On December 24, 2015, counsel for plaintiff advised that said Motion may be heard on shortened time on January 7, 2016. Neither Facebook nor Respublika objects to the Motion, or to the Motion being heard on shortened time.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge and if called to testify as a witness could competently testify to the matters contained therein. Executed this 28th day of December, 2015, at Sacramento, California.

*/s/ Matthew C. Jaime*
**Matthew C. Jaime**

2

Law Offices of
**MATHENY SEARS LINKERT & JAIME, LLP**
MATTHEW C. JAIME, ESQ. (SBN 140340)
ROBERT W. SWEETIN, ESQ. (SBN 297130)
3638 American River Drive
Sacramento, California 95864
Telephone:   (916) 978-3434
Facsimile:    (916) 978-3430

**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**
JACQUES SEMMELMAN, ESQ.
MICHAEL MOSCATO, ESQ.
(Appearing *Pro Hac Vice*)
101 Park Avenue
New York, New York 10178-0061
Telephone:   (212) 696-6000
Facsimile:    (212) 697-1559

Attorneys for Plaintiff,
THE REPUBLIC OF KAZAKHSTAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REPUBLIC OF KAZAKHSTAN,<br><br>                    Plaintiff,<br><br>     v.<br><br>DOES 1 to 100, INCLUSIVE,<br><br>                    Defendants. | Case No. 2:15-mc-00159-TLN-KJN<br><br>**[PROPOSED] ORDER**<br><br>**[E.D. Cal. R. 144]**<br><br>**Date:** January 7, 2015<br>**Time:** 10:00 a.m.<br>**Courtroom:** 25, 8th Floor<br>**Judge:** Hon. Troy L. Nunley<br>**Magistrate Judge:** Hon. Kendall J. Newman<br><br>**Trial Date:** Not Set<br>**Complaint Filed**: March 12, 2015 |

///

///

///

///

///

1

*[PROPOSED] ORDER*

24196170v2

**GOOD CAUSE APPEARING THEREFOR**, the Court hereby GRANTS the ex parte application for an Order shortening time to hear the Motion for an Order Permitting Extended Rule 251(c)(3) Memoranda of Points and Authorities.

The Motion shall be heard at _____.

IT IS SO ORDERED.

Dated:

_____
Hon. Kendall J. Newman

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME, LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864