UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REPUBLIC OF KAZAKHSTAN,

          Movant,

    v.

FACEBOOK, INC.,

          Third-Party Respondent.

No.  2:15-mc-159-TLN-KJN

ORDER

On December 28, 2015, the Republic of Kazakhstan filed an application for an order shortening time to hear a motion to permit the filing of extended memoranda of points and authorities in regards to a discovery motion set for hearing on March 3, 2016.  (ECF No. 18.)  The underlying motion essentially seeks authorization to brief the discovery motion by virtue of an opening motion, opposition, and reply briefs, on a briefing schedule stipulated to by the parties.  The application for an order shortening time, as well as the underlying motion, are unopposed by the other interested parties.

The court grants the application for an order shortening time, but finds it unnecessary to hear oral argument on the matter.  It appears that the parties have been engaged in extensive meet-and-confer efforts for several months, and they have agreed on the proposed briefing schedule.  Additionally, the court finds that the manner of briefing stipulated to by the parties is

1

1  appropriate given the complexity of the issues raised in this ancillary action.  Furthermore, the

2  stipulated briefing schedule provides the court with adequate time to consider the parties'

3  submissions.

4       The parties indicate that they still intend to file a joint statement regarding their discovery

5  disagreement on February 18, 2016, as previously ordered by the court.  However, in light of the

6  briefing schedule authorized by this order, the filing of a joint statement is unnecessary, and the

7  court vacates its prior order requiring the filing of a joint statement.  Instead, all contentions

8  related to the discovery dispute shall be raised in the parties' separate briefs.

9       Accordingly, IT IS HEREBY ORDERED that:

10  1.  The application for an order shortening time (ECF No. 18) is GRANTED.

11  2.  The unopposed motion to file extended briefing is GRANTED.

12  3.  Any opposition to the motion to compel, including any supporting declarations or

13      exhibits, shall be filed no later than January 15, 2016.

14  4.  Any reply brief, including any supporting declarations or exhibits, shall be filed no

15      later than January 25, 2016.

16  5.  No further briefing or filings regarding the discovery motion will be permitted, unless

17      authorized by the court.  However, if the parties narrow or resolve their discovery

18      dispute at any time, they shall promptly notify the court.

19  6.  The portion of the court's December 23, 2015 minute order requiring the filing of a

20      joint statement on February 18, 2016 (ECF No. 17) is VACATED.

21       IT IS SO ORDERED.

22  Dated:  December 30, 2015

23

24                                    KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE
25

26

27

28

2